**Order entered July 18, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00349-CV

**THE CITY OF DALLAS, Appellant/Cross-Appellee**

**V.**

**TRINITY EAST ENERGY, LLC, Appellee/Cross-Appellant**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01443**

## ORDER

We **GRANT** the July 15, 2016 joint motion to extend time to file response briefs and

**ORDER** the briefs filed no later than August 29, 2016.


/s/     CRAIG STODDART
        JUSTICE